DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COCA-COLA BEVERAGES FLORIDA, LLC** and **DANIEL R. KEIPER,**
Appellants,

v.

**MAHMOUD ELHALWANY** and **NIJOUD ALY,**
Appellees.

No. 4D19-1549

[April 9, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 18-003661.

Robert L. Blank and Meridith K. Fee of Rumberger, Kirk & Caldwell, Tampa, for appellants.

Nicholas A. Shannin and Carol B. Shannin of Shannin Law Firm, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***